# United States District Court

_for the_ _____ DISTRICT OF _____ Columbia

UNITED STATES OF AMERICA

v.

Kristian Garcia

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-174M-01

FILED
MAY 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Kristian Garcia__, charged in a (complaint) (petition) pending in this District with __distribution of heroin__ in violation of Title __21__, U.S.C., __841(a)(1)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

5/18/06
/Date

_____
Counsel for Defendant