UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0174M-01 (CR) |
| **KRISTIAN S. GARCIA,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(i) |
| | : | (Unlawful Distribution of 100 Grams or More |
| | : | of Heroin) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about April 13, 2006, within the District of Columbia, **KRISTIAN S. GARCIA**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Distribution of 100 Grams or More of Heroin**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(i))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
ANTHONY SCARPELLI
Assistant United States Attorney
Bar No. 474-711
Federal Major Crimes Section
555 4th Street, N.W., Room 4816
Washington, D.C. 20530
(202) 353-1679