# United States District Court
# for the District of Columbia

**FILED**

JUN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**Kristian S. Garcia**

## WAIVER OF INDICTMENT

## CASE NUMBER: 06-0136 (HHK)

I, **Kristian S. Garcia,** the above named defendant, who is accused of **Unlawful Distribution of 100 Grams or More of Heroin, Title 21, United States Code, Sections 841(a)(1) and 841(b)(1(B)(i),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **June 20, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Henry H. Kennedy
United States District Court Judge