THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> KRISTIAN GARCIA  ) <br> ) | Cr. No. 06-136 (HHK) |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Kristian Garcia, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for September 21, 2006 at 4:30 p.m. In support of his motion, Mr. Garcia states the following:

In light of recent conversations between undersigned counsel and counsel for the government, undersigned counsel has reason to believe that certain issues will be contested at sentencing. In particular, counsel anticipates that the applicable advisory Guideline range will be disputed.

Given recent developments, counsel requests an additional period of time in which to prepare for Mr. Garcia's sentencing. Counsel has spoken with counsel for the government, and the latter has no opposition to this motion. Undersigned counsel is scheduled to begin a six-to-eight week trial on October 10, 2006. Therefore, counsel requests a sentencing date of late November or early December.

WHEREFORE, for the foregoing reasons, Mr. Garcia asks this Honorable Court to grant his Unopposed Motion to Continue Sentencing.

Respectfully submitted,


A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500