THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-136 (HHK) |
| v.  ) | |
| ) | |
| KRISTIAN GARCIA  ) | |
| ) | |

### ORDER

_____Upon consideration of Defendant's Unopposed Motion to Continue Discovery, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing date of September 21, 2006 is VACATED, and that sentencing is rescheduled for _____.


_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:

Anthony Scarpelli, AUSA
Lara G. Quint, AFPD