Kristian Garcia
MW 2 Cell 54, 310041

August 08, 2006

Dear Lara Quint,

How are you? My name is Carmen Garcia and I'm writing in regards to my brother Kristian Garcia. I spoke to my mother and she told me I can write to you in regards my brother. It's a pleasure to meet you throughout this letter.

I don't know how Kris got into this mess, but he doesn't deserve to be in jail. Specially for a long time. Kris is a smart, intelligent, and funny man. I'm not saying that because he's my brother but because it's true. Honestly if Kristian put his mind to it he could have and still can achieve so many things in his life. It's never too late, he has so many good ideas that he can put into effect for his own good.

In my opinion bad friends make a bad person and good friends make a good person.

Throughout Kristians' life he's had both. It's all about choice. To tell you the truth Kristians childhood has been confusing. I know he wouldn't want me to say this but I have to. He's never felt loved. He always felt that no one loved him. He felt neglected, he wanted to be the center of attention but he felt like he wasn't. He felt like an oddball. I've always been there for him when he needed me. There was no father figure in the house, there was a stepfather but it's not the same as a real father. But he never admitted his personal feelings until recently, he feels alone behind those bars. I wish I could do more for him, but all I can do is write.

I know this doesn't give him any credit for what he's being accused for. But Kristian has a heart and can be a sweetheart. I know deep in my heart he doesn't deserve to be in there for a long time. He's young and has a whole life ahead of him.

I know for a fact that he's learning something in there that will make him mature and will make him realize how good life is out of a cell. And how much he should appreciate life. If he can get some counceling that will be great for him.

Mrs. Quint can you do me a favor, I know for a fact that if he hears it from you he'll feel much better. Can you tell him no matter what happens, He will always have our support and we will always be there for him. Most of all that we love him, and miss him.

Well Mrs. Quint if you have any questions or would like to contact me, my phone # is (908) 721-1268
My Mailing address: Carmen K. Garcia
P.O. Box 3664
Elizabeth, NJ 07207

Thank you for your time and attention,

Sincerely,
Carmen Garcia

Case 1:06-cr-00136-HHK    Document 12-2    Filed 11/28/2006    Page 4 of 4