

# FOCUS
## Hispanic Center for Community Development, Inc.

July 28, 2006

Laura Quint
625 Indiana Ave. NW
Suite 550
Washington, D.C. 20004

**Casto Maldonado**
President & CEO

**Francisco J. Morales**
Chairperson Emeritus

*Officers*

**Angel Millán**
Chairman

**Janette Colón-Jorge**
Vice Chairperson

**Felipe Chavana, Esq.**
Treasurer

**Genoveva Isona**
Secretary

*Trustees*

**Rolando H. Alvarado**
**Francisco Dillon, Ph.D.**
**Eric P. Freedman**
**Dr. Thomas M. Haveron**
**Ruth E. Lugo, Ph.D.**
**Iris Martinez Arroyo**
**Miguel E. Rodriguez**
**Xiomara Torres**
**Eric Vicioso**
**Fernando Zambrana**

Dear Ms. Quint:

    This letter serves as a reference for Kristain Garcia. Mr. Garcia was a student in a program called Workforce Learning Link in which I am the Instructor for. The primary goal of the Workforce Learning Link is to assist eligible clients to secure or improve employment, attain a level of self-sufficiency, and ultimately enrich their lives through career advancement and life-long learning. This program will strive to improve skills in areas including reading, math, basic computer literacy, communication skills and will provide overall readiness to enter the workforce or advance to higher education or training.

    Mr. Garcia was in this program for duration of approximately three months. In that time, Mr. Garcia's improvement in all levels was exceptional. He was first in the class to achieve a perfect score on the final TABE exam. Mr. Garcia made it a point each day to assist his fellow classmates. His charismatic personality made it easy for them to work well with him and in turn allowed him to build his confidence. As a result, Mr. Garcia decided he wanted to obtain a degree in Computer Science and possibly become a teacher. Mr. Garcia was one of the best students to have graced this classroom and it was a true honor to have him with us.

    I am fully aware and have witnessed the enormous amount of potential that Mr. Garcia is capable of. I believe if given an opportunity, Mr. Garcia, would be a remarkable and an outstanding educator. He has always demonstrated a great amount of patience, effort and leadership qualities.

    If you have any further questions, please feel free to contact me. I will be more than happy to provide any information you need. Thank you for your time.

Sincerely,

Priscilla Arriaga
Workforce Learing Link Instructor
parriaga@focus411.org

441-443 Broad Street
Newark, New Jersey 07102

E-Mail: Info@focus411.org
www.focus411.org

973-624-2528
Fax: 973-624-6450

# PROGRESS REPORT

Student's Name: Kristain Garcia

Date: 12/16/05

## Academic Progress  *Perfect score*

| TEST | SCORES |
|---|---|
| PRE TABE TEST | 5.7 = Math ; 9.9+ = Reading |
| QUIZ | 80% |
| TEST | 88% |
| QUIZ | 100% |
| TEST | 97% |
| POST TABE TEST | 9.9+ = Math ; 9.9+ = Reading |

## TESTS

| | SCORE |
|---|---|
| LISTENING | 4 |
| SPEAKING | 4 |
| VOCABULARY | 3 |
| GRAMMAR | 3 |
| READING | 4 |
| WRITING | 3 |
| WORKPLACE READINESS | 4 |
| HOMEWORK | 3 |
| CLASS PARTICIPATION | 4 |
| ATTENDANCE | 3 |

NOTE: Grades are based on a scale from 0-4

- 0 Needs Improvement
- 1 Average
- 2 Good
- 3 Outstanding
- 4 Excellent

## INSTRUCTOR'S COMMENTS

Mr. Garcia has shown great improvement. Final TABE demonstrates overall readiness to continue in higher education or training. Mr. Garcia has been advised to take GED exam immediately and consult with program counselor Ms. Gil-Townes ASAP for further advisement.

Instructor or Program Specialist Signature

Kristian Garcia
11/30/05

      If I had a time machine to go back in time with, I would go 500 years to the past and visit Leonardo DaVinci. I would visit Davinci for the simple fact that to me he is one of the greatest philosopher artist and inventor that ever existed. Davinci wrote over two-thousand books fill with inventions, thoughts, and his philosophies. He also has thousands of paintings that now are worth over millions of dollars.

      If I were to go back in time, I would bring with me one of his books form our time period, take it to the past and show him that he made it. I would tell him the most of the things he thought of were made possible like for instance, he thought about open heart surgery and made explicit drawings of it. Can u imagine how different out future would have been it people helped him with his thoughts. I would tell him all the people that thought that he was crazy were wrong. The reason people thought he was crazy was because his thoughts and inventions were to advanced. People just didn't understand it and labeled him crazy. To prove his inventions worked I would show him his books from the future and show many of his achievements of the future. Also, how much he helped us and how all his work was not in vain.

      Before I leave, I would ask him if I could have all his books because before he died he gave his books to his close colleagues so they could carry on his work. Unfortunately it didn't happen, most of his books that he wrote in existence but he wrote over 2,000. Just 500 of his books helped us in creating a future that he could only imagine and we made it reality. The funny part is that we don't have his 2,000 plus books. We only have part of his thoughts. The rest of his ideas would of provided a clearer vision of our future. All we could do is imagine and think what other inventions are there that we haven't found or thought of; only he would know.

Case 1:06-cr-00136-HHK    Document 12-3    Filed 11/28/2006    Page 4 of 4